# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:20-cv-04832-TWT
### Lynn v. Clayton County Schools et al
### Honorable Christopher C. Bly

Minute Sheet for proceedings held In Open Court on 10/21/2022.

TIME COURT COMMENCED: 10:15 A.M.
TIME COURT CONCLUDED: 4:05 P.M.
TIME IN COURT: 5:50
OFFICE LOCATION: Atlanta
TAPE NUMBER: FTR
DEPUTY CLERK: James Jarvis

ATTORNEY(S) PRESENT: Paul Dzikowski representing Clayton County Schools, Ernest Mitchell, and Thomas Y. Trawick
Amelia Ragan representing Joyclyn Lynn

OTHER(S) PRESENT: Joyclyn Lynn - Plaintiff

Ms. Damaris Garrett (CCPS Director of Equity & Compliance)

Ms. Latasha Lowe (CCPS Legal Liaison)

Mr. Evan Snyder (Adjuster - QBE Insurance)

PROCEEDING CATEGORY: Settlement Conference

MINUTE TEXT: The parties participated in a settlement conference. The parties were able to reach a resolution. Judge Bly terminated as settlement judge.